UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDY ALEXANDER CAMPOS-QUEVEDA,<br><br>　　　　Defendant. | Case No.: 18CR05542-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 18CR05542-JLS against defendant FREDY ALEXANDER CAMPOS-QUEVEDA be, and hereby is, dismissed;

IT IS SO ORDERED.

Dated: February 8, 2019

　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　United States District Judge